Damion Nelson, pro se. Nancy Spodick Healey, Assistant United States Attorney, Charlottesville, VA, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Kenneth Frazier, pro se. Eugene Paul Murphy, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Kenneth Frazier seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Frazier v. Baskerville,* No. CA–01–000–7 (W.D.Va. May 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Kenneth **FRAZIER**, Petitioner–
Appellant,

v.

Alton **BASKERVILLE**, Warden,
Respondent–Appellee.

No. 01–6968.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 11, 2001.